IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HENRY MARVIN MOSS,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:07-cv-29 (HL) |
| **Ass't Warden JONES, et al.,** | : |
| **Defendants.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed January 25, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 25th day of January, 2007.

**GREGORY J. LEONARD, CLERK**

s/ Denise Partee, Deputy Clerk